UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SUZANNE SCOTT et al.                              :
:
                   Movants,                 :
:       21-MC-777 (JMF)
     -v-                                           :
:       <u>ORDER</u>
DON BLANKENSHIP,                                  :
:
                  Respondent.              :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On October 19, 2021, Movants Suzanne Scott and Fox News Network, LLC filed a motion to quash a subpoena served by Respondent Don Blankenship in connection with a lawsuit pending in the United States District Court for the Southern District of West Virginia.  ECF No. 1.  Based on a quick review of the motion papers, the Court is inclined to believe that the issues are more appropriately decided by the judge presiding over the underlying matter and that transfer to the Southern District of West Virginia pursuant to Rule 45(f) of the Federal Rules of Civil Procedure would therefore be appropriate.  **No later than October 21, 2021, Movants shall file a letter indicating whether they would consent to such transfer.**

       Unless and until the Court orders otherwise, no later than **October 25, 2021**, Movants shall serve this Order and (unless already served) its motion papers, both electronically and/or by overnight courier, on Respondent and on all Defendants in the West Virginia action and file proof of such service on the docket.  Any opposition to the motion — including any opposition by other Defendants in the West Virginia action — shall be filed no later than **November 1, 2021**.  No reply may be filed absent leave of Court.

       SO ORDERED.

Dated: October 20, 2021
       New York, New York
                                                 JESSE M. FURMAN
                                                 United States District Judge