UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SUZANNE SCOTT et al.                                                 :
                                                                     :
                    Movants,                                         :
                                                                     :         21-MC-777 (JMF)
          -v-                                                        :
                                                                     :         TRANSFER ORDER
DON BLANKENSHIP,                                                     :
                                                                     :
                    Respondent.                                      :
                                                                     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On October 20, 2021, Movants Suzanne Scott and Fox News Network, LLC, filed a letter consenting to the transfer of this case to the United States District Court for the Southern District of West Virginia and to the presiding judge in *Blankenship v. Fox News Network, LLC, et al.*, No. 2:19-cv-00236 (S.D.W. Va.), pursuant to Rule 45(f) of the Federal Rules of Civil Procedure. *See* ECF No. 9.[1] Accordingly, this case is hereby TRANSFERRED. All pending deadlines are moot. The Clerk of the Court is directed to transfer this case to the United States District Court for the Southern District of West Virginia **immediately**, without regard to Local Rule 83.1.

       SO ORDERED.

Dated: October 22, 2021
       New York, New York                                 JESSE M. FURMAN
                                                                     United States District Judge

---

[1] The Court notes that "Ms. Scott does not consent to, and reserves all rights to object to, personal jurisdiction in the Southern District of West Virginia for any purpose other than adjudication of this subpoena. Ms. Scott does not consent to personal jurisdiction for any other matter, including *Blankenship v. Fox News Network, LLC, et al.*, No. 2:19-cv-00236 (S.D.W. Va.), and she does not consent to a subpoena for trial, if any, in that matter." *Id.*